UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                       Case No.  05-cr-253-01-SM

Keith MacLeod

O R D E R

Defendant MacLeod's motion to continue the final pretrial conference and trial is granted (document 21).   Trial has been rescheduled for the August 2006 trial period.   Defendant MacLeod  shall file a waiver of speedy trial rights not later than April 24, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  July 21, 2006 at 3:30 p.m.

**Jury Selection**:  August 1, 2006 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

April 13, 2006

cc: Stanley W. Norkunas, Esq.
    Mark Howard, AUSA
    US Probation
    US Marshal