```
                  UNITED STATES DISTRICT COURT

                   DISTRICT OF NEW HAMPSHIRE
```

United States of America,
      Government

      v.                              Criminal No. 05-cr-253-01-SM

Keith S. MacLeod,
      Defendant


## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION PURSUANT TO 18 U.S.C. § 4241

The motion for competency evaluation under 18 U.S.C. § 4241 (document no. 36) was previously granted on November 15, 2006. The court hereby orders that a psychiatric or psychological examination of Defendant Keith S. MacLeod be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of 18 U.S.C. § 4247(b), (c).

Defendant is committed to the custody of the Attorney General for a period not to exceed thirty (30) days for placement in a suitable facility where an examination of the defendant's mental condition can be conducted, or if appropriate, counsel for the parties may seek to agree on an outpatient examination and an appropriate examiner, and advise the court of such agreement.

A hearing under 18 U.S.C. § 4241(c) and scheduling of defendant's trial will be deferred until completion of that examination, and submission of a report to the court.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

November 20, 2006

cc: Arnold H. Huftalen, Esq.
    Stanley W. Norkunas, Esq.
    U.S. Marshal
    U.S. Probation